*J. T. Colson,* contra.

---

### 6986.  EVANS *v.* THE STATE.

RUSSELL, C. J.  The evidence is sufficient to authorize the verdict. The exceptions to the charge of the court and to rulings upon testimony are not well taken. The alleged newly discovered testimony is not such as to require a reversal of the judgment refusing a new trial.

*Judgment affirmed.*

DECIDED JUNE 1, 1916.  REHEARING DENIED JULY 11, 1916.

Conviction of manslaughter; from Douglas superior court—Judge Bartlett.  June 14, 1915.

*J. S. James, J. R. Bedgood,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.